**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KRYSTAL STANLEY a/k/a**
**KRYSTAL SPURLIN** **PLAINTIFF**

**v.** **No. 4:26-cv-49-DPM**

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner** **DEFENDANT**

**ORDER**

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 14*, and overrules Stanley's objections, *Doc. 52*. Fed. R. Civ. P. 72(b)(3). Substantial evidence supports the ALJ's decision, and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Stanley's complaint will therefore be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 October 2026