**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KRYSTAL STANLEY a/k/a**
**KRYSTAL SPURLIN** **PLAINTIFF**

**v.** **No. 4:26-cv-49-DPM**

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner** **DEFENDANT**

# JUDGMENT

Stanley's complaint is dismissed with prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 October 2026